IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY COUCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 2:11CV950-MHT |
| | ) |
| SHERIFF D.T. MARSHALL | ) |
| and OFFICER DANTE' JOHNSON, | ) |
| | ) |
| Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

Now pending before the court is Defendant Dante' Johnson's motion to dismiss for failure to properly serve defendant (Doc. 11), filed on November 28, 2011.  On December 20, 2011, pursuant to 28 U.S.C. § 1915(d) and Rule 4(c)(3) of the Federal Rules of Civil Procedure, the court ordered the United States Marshall to serve the summons and complaint on Defendant Dante' Johnson (Doc. 18).  On January 11, 2011, proof of service  was filed showing that a Deputy U.S. Marshall personally served Defendant Dante' Johnson on December 29, 2011. (Doc. 20).  Accordingly, upon consideration of Defendant Dante' Johnson's motion to dismiss and the subsequent proof of service provided by the U.S. Marshall,

it is the **RECOMMENDATION** of the Magistrate Judge that Defendant Dante' Johnson's motion to dismiss (Doc. 11) be **DENIED**.  It is further

**ORDERED** that the parties shall file any objections to the said Recommendation on or before February 16, 2012.  Any objections filed must specifically identify the findings in

the Magistrate Judge's Recommendation to which the party objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a de novo determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); *see Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); *see also Bonner v. City of Prichar*d, 661 F.2d 1206, 1207, 1209-11 (11th Cir. 1981, *en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 2nd day of February, 2012.

                                              /s/Charles S. Coody
                                              CHARLES S. COODY
                                              UNITED STATES MAGISTRATE JUDGE