IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KIMBERLY MONIQUE COUCH, )<br>)<br>   Plaintiff, )<br>) <br>   v. )<br>)<br>SHERIFF D.T. MARSHALL and )<br>OFFICER DANTE´JOHNSON, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>2:11cv950-MHT |

**ORDER**

After an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (doc. no. 26), to which no objection has been filed, is adopted.

(2) The motion to dismiss and alternative motion for more definite statement (doc. no. 8) are denied.

This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 6th day of March, 2012.

　　　　　　　　　　　   /s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE