IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KIMBERLY MONIQUE COUCH,       )
                              )
    Plaintiff,                )
                              )   CIVIL ACTION NO.
    v.                        )     2:11cv950-MHT
                              )
SHERIFF D.T. MARSHALL and     )
OFFICER DANTE´ JOHNSON,       )
                              )
    Defendant.                )
```

                            ORDER

   After an independent and de novo review of the record, it is ORDERED as follows:

   (1) The magistrate judge's recommendation (doc. no. 26), to which no objection has been filed, is adopted.

   (2) The motion to dismiss and alternative motion for more definite statement (doc. no. 8) are denied.

   This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

   DONE, this the 6th day of March, 2012.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE