IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KIMBERLY MONIQUE COUCH,      )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      2:11cv950-MHT
                             )          (WO)
SHERIFF D.T. MARSHALL and    )
OFFICER DANTE´JOHNSON,       )
                             )
    Defendants.              )
```

## OPINION

Plaintiff's claims against defendants arise out of a May 2009 sexual assault.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motions to dismiss should be granted, with the federal claims dismissed with prejudice and the state-law claims dismissed without prejudice.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of June, 2012.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**