IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
KIMBERLY MONIQUE COUCH,      )
                             )
    Plaintiff,               )
                             )       CIVIL ACTION NO.
    v.                       )        2:11cv950-MHT
                             )            (WO)
SHERIFF D.T. MARSHALL and    )
OFFICER DANTE´ JOHNSON,      )
                             )
    Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) The recommendation of the United States Magistrate Judge (doc. no. 39) is adopted.

    (2) The motions to dismiss (doc. nos. 27, 29, and 35) are granted.

    (3) The federal claims in this case are dismissed with prejudice.

    (4) The state-law claims are dismissed without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 8th day of June, 2012.

                             /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE